UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Steven Sobie,                                Civil No. 06-1149 (RHK/JSM)

       Petitioner,                        **ORDER**

v.

R.L. Morrison, Warden,

       Respondent.

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated July 25, 2006. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, **IT IS ORDERED**:

1. The Report and Recommendation (Doc. No. 10) is **ADOPTED**;

2. Petitioner's application for habeas corpus relief under 28 U.S.C. § 2241 (Doc. No. 1) is **DENIED AS MOOT**;

3. Respondent's Motion to Dismiss (Doc. No. 9) is **GRANTED**; and

4. This action is **DISMISSED WITH PREJUDICE**.

Dated: August 22, 2006

                                             s/Richard H. Kyle
                                             RICHARD H. KYLE
                                             United States District Judge